IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FELIX L. RODRIGUEZ,**

 **Plaintiff,**

v.                **Case No. 4:25-cv-396-AW-MAF**

**RICKY DIXON, et al.,**

 **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommends dismissal based on Plaintiff's failure to accurately disclose his litigation history, which is a violation of this court's local rules. ECF No. 17; *see also McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025) ("McNair violated the local rules by failing to disclose his full litigation history, as required by the duly adopted standard complaint form."). Plaintiff has not filed any objection to the report and recommendation. Under these circumstances, and as a matter of discretion, I conclude dismissal is appropriate.

I now adopt the report and recommendation and incorporate it into this order. I do not, however, make any finding about maliciousness. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to accurately disclose his litigation history, a failure that constitutes a violation of this court's rules." The pending motion for a restraining order (ECF No. 2) is DENIED. The clerk will close the file.

1

SO ORDERED on February 17, 2026.

s/ *Allen Winsor*  
Chief United States District Judge
